# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) Case No.2:13-cv-1824-KOB |
| BUCO BUILDING CONTRACTORS, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on July 15, 2014 (doc. 25), recommending that the court grant the Plaintiff's "Motion for Default Judgment (doc. 19) and enter judgment in favor of the Plaintiff in the amount of $2,502,404.49.  No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to grant the motion for default judgment and enter judgment in the Plaintiff's favor for the amount specified above. The court finds that nothing in the record refutes the Plaintiff's claim of entitlement to the sums due under the indemnity agreement, and that the Plaintiff's claims for attorneys fees, consultant fees, costs and expenses are reasonable.

The court will enter a separate Order in conformity with this opinion.

DONE and ORDERED this 28th day of August, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE